# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CAMERON SANFORD,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : **CIVIL ACTION NO.:** _____ |
| | : |
| | : |
| **STEVEN HOOD and HERMES** | : |
| **RODRIGUEZ-ALVARODO, each in** | : |
| **their individual and official capacities,** | : |
| | : |
| **Defendants.** | : |
| | : |

## NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, the above-captioned action is removed by Defendants from the Superior Court of Peach County to the United States District Court for the Middle District of Georgia, Macon Division, by the filing of this Notice of Removal with the clerk of the United States District Court for the Middle District of Georgia.

Said Defendants respectfully state the following as grounds for removal of this action:

1.

The case of <u>Cameron Sanford v. Steven Hood, *et al.*</u>, Civil Action No. 21-V-0284, was filed and is presently pending in the Superior Court of Peach County, Georgia.

2.

Plaintiff asserts a Fourth Amendment claim pursuant to 42 U.S.C. § 1983.

3.

This Court has jurisdiction in this matter on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(b).

4.

This Notice of Removal has been timely filed within thirty (30) days of initial receipt of the Complaint by Defendants (defined as date of service by federal law) and is, therefore, timely pursuant to 28 U.S.C. § 1446(b)(3).

5.

Venue properly rests in the Macon Division of the United States District Court for the Middle District of Georgia because the case is being removed from the Superior Court of Peach County, Georgia.

6.

True and correct copies of all process, pleadings, and orders served in this action are attached hereto as Exhibit "A," as required by 28 U.S.C. § 1446(a).

7.

Defendants consent to the removal of this action to the Macon Division of the United States District Court for the Middle District of Georgia.

WHEREFORE, Defendants remove this action from the Superior Court of Peach County, Georgia to this Court and pray that this Court takes jurisdiction of this civil action to the exclusion of any further proceedings in the Superior Court of Peach County.

This 8th day of October, 2021.

*/s/ Frances L. Clay*
Frances L. Clay
Georgia Bar No. 129613
Chambless, Higdon Richardson,

  Katz & Griggs, LLP
P.O. Box 18086
Macon, GA 31209-8086
(478) 745-1181
fclay@chrkglaw.com

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I, Frances L. Clay, hereby certify that I have this day served the foregoing pleading upon all parties in this action by filing same with the Clerk of Court using the EM/ECF System and by placing a copy of the same in the United States Mail, First Class, in a properly addressed envelope with sufficient postage affixed thereto to insure delivery to:

Jordan Johnson, Esq.
Jessica Burton, Esq.
Bernard & Johnson, LLC
5 Dunwoody Park, Suite I 00
Atlanta, GA 30338

*Attorneys for Plaintiff*

This 8th day of October, 2021.

*/s/ Frances L. Clay*
Frances L. Clay