IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAMERON SANFORD,<br><br>*Plaintiff*,<br><br>v.<br><br>STEVEN HOOD and HERMES RODRIGUEZ-ALVARODO,<br><br>*Defendants*. | CIVIL ACTION NO.<br>5:21-cv-00362-TES |

**ORDER TO SHOW CAUSE**

On May 4, 2022, Jessica Burton, counsel for Plaintiff Cameron Sanford, filed a Suggestion of Death [Doc. 6] noting Mr. Cranford's death. However, in researching this issue, the Court notes that other courts have disallowed suggestions of death under similar circumstances. Accordingly, the Court will allow Ms. Burton and Defendants an opportunity to **SHOW CAUSE** within *__14 days__* why Ms. Burton's Suggestion of Death is effective under Federal Rule of Civil Procedure 25(a). *See Schmidt v. Merrill Lynch Tr. Co.*, No. 5:07-cv-382-Oc-10GRJ, 2008 WL 2694891, at *2–3 (M.D. Fla. 2008).

**SO ORDERED**, this 2nd day of September, 2022.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**