IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAMERON SANFORD, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00362-TES |
| | * |
| STEVEN HOOD, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 3, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of January, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk